UNITED SETATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NICOLE BINGHAM,<br>individually and on behalf of all others<br>similarly situated,<br>　　　　　Plaintiff<br><br>v.<br><br><br>WENDY R. OLINSKY, d/b/a<br>Law Office of Wendy R. Olinsky,<br>　　　　　Defendant | )<br>)<br>)<br>)<br>)<br>)　Civil No. 14-13751<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

The parties hereby agree and stipulate that this action is to be dismissed with prejudice, without costs or fees awarded to either party, both parties waiving rights of appeal.

　　　　　　　　　　　　　　　　　　NICOLE BINGHAM, Plaintiff, by:

　　　　　　　　　　　　　　　　　　*/s/Kenneth D. Quat*
　　　　　　　　　　　　　　　　　　BBO #408640
　　　　　　　　　　　　　　　　　　QUAT LAW OFFICES
　　　　　　　　　　　　　　　　　　678 Massachusetts Avenue, Suite 702
　　　　　　　　　　　　　　　　　　Cambridge MA 02139
　　　　　　　　　　　　　　　　　　(617) 492-0522
　　　　　　　　　　　　　　　　　　kquat@quatlaw.com

Defendant, by:

*Wendy Olinsky* (signature)
Wendy R. Olinsky
380 Merrimack St.
Methuen MA 01844
978-975-3507
wendy@olinskylaw.com

## Certificate of Service

I hereby certify that on November 18, 2014, a copy of the foregoing was served via first class mail, postage prepaid, to Wendy Olinsky, Esq., 380 Merrimac St., Methuen MA 01844.

/s/Kenneth D. Quat